1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6

EVANGELOS DIMITRIOS SOUKAS,                    )
                                               )
7                        Petitioner,           )     Case No. C11-1356-RAJ
                                               )
8          v.                                  )
                                               )
9                                              )     ORDER
   MARION FEATHER.                             )
10                                             )
                         Respondent.           )
11   _____)

12

The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition for writ of habeas

13  corpus, the Report and Recommendation of United States Magistrate Judge James P. Donohue, the

14  governing law, and the balance of the record, does hereby find and ORDER:

15         (1)     The Court adopts the Report and Recommendation;

16         (2)     Petitioner's 28 U.S.C. § 2241 petition for writ of habeas corpus is DISMISSED

17                 without prejudice for failure to exhaust administrative remedies;

18         (3)     Petitioner's motion for appointment of counsel is DENIED; and

19         (4)     The Clerk of Court is directed to send copies of this Order to petitioner and to

20                 Magistrate Judge James P. Donohue.

21         DATED this 21st day of September, 2011.

22

23

_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 1