UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EVANGELOS DIMITRIOS SOUKAS,

    Petitioner,

v.

MARION FEATHER.

    Respondent.

Case No. C11-1356-RAJ

ORDER

The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition for writ of habeas corpus, the Report and Recommendation of United States Magistrate Judge James P. Donohue, the governing law, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's 28 U.S.C. § 2241 petition for writ of habeas corpus is DISMISSED without prejudice for failure to exhaust administrative remedies;

(3) Petitioner's motion for appointment of counsel is DENIED; and

(4) The Clerk of Court is directed to send copies of this Order to petitioner and to Magistrate Judge James P. Donohue.

DATED this 21st day of September, 2011.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1